Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JESUS VERDUZCO VALENCIA, <br> Defendant. | NO. CR95-5851RJB <br><br> ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE AND TO QUASH WARRANT |

Based on the Motion brought by the government, it is hereby

ORDERED

The Indictment against JESUS VERDUZCO VALENCIA is hereby dismissed without prejudice and the warrant herein is hereby QUASHED.

DATED this 2 day of May, 2013.

ROBERT J. BRYAN
United States District Judge

Presented by:

*s/Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney

ORDER FOR DISMISSAL - 1
CR95-5851RJB